# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Mark Owen Foster
Louisiana Appellate Project
1214 Ridge Vista Court
Lawrenceville GA 30043

Edward John Marquet
Attorney at Law
Post Office Box 53733
Lafayette LA 70505-3733

Christopher Sherman
Natchitoches Par. Det. Ctr.
299 Edwina Drive
Natchitoches LA 81457

REHEARING ACTION: June 6, 2012

Docket Number: 11   01042-KA

STATE OF LOUISIANA
VERSUS
CHRISTOPHER SHERMAN

Appealed from Natchitoches Parish Case No. C15026

BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Christopher Sherman** has this day been

**DENIED.**

Also, the request for en banc review has this day been

**DENIED.**

cc: Van Hardin Kyzar, Counsel for the Appellee
    Billy Joseph Harrington, Counsel for the Appellee